# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**GLADIS PERSON**,

Plaintiff,

vs.

**KANSAS COUNSELORS, INC**.,

Defendant.

Civil File No. 11-CV-2118 KHV/DJW

**NOTICE OF DISMISSAL WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: April 7, 2011

/s/ J. Mark Meinhardt
J. Mark Meinhardt KS # 20245
4707 College Blvd, Suite 100
Leawood, KS 66211
(913) 451-9797 (Telephone)
(913) 451-6163 (Facsimile)
meinhardtlaw@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**